UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINE L. CHAO,

        Plaintiff,                                      Case No. 1:06-cv-367

v                                                           Hon. Hugh W. Brenneman, Jr.

PEDRO RAMOS RAMOS,

        Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW**

Pending before the court is a motion by Kelly G. Lambert, III to withdraw as counsel for Pedro Ramos Ramos, the defendant in this action (docket no. 18). By withdrawing as counsel for Ramos, Attorney Lambert seeks to avoid a conflict of interest in representing Ramos' wife in a related criminal proceeding in this court. In support of his motion, counsel has filed a statement by the defendant requesting that counsel immediately withdraw as his attorney of record and represent his wife in the criminal proceeding. Counsel further represents that the presiding judge at the arraignment on the criminal matter held yesterday indicated that potential for a conflict of interest was best minimized by counsel's withdrawal from the present case.

For the reasons stated, Attorney Lambert's motion to withdraw as counsel for Mr. Ramos in this civil action is GRANTED. Mr. Ramos is responsible for obtaining other counsel or for representing himself from this point forward.

IT IS SO ORDERED.

Dated: January 25, 2007                    /s/ Hugh W. Brenneman, Jr.
                                                          Hugh W. Brenneman, Jr.
                                                          United States Magistrate Judge