UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) CIVIL ACTION ) |
| Plaintiff, | ) File No.:  1:06-cv-0367 |
| v. | ) ) |
| PEDRO RAMOS RAMOS, an Individual, | ) Hon. Hugh W. Brenneman, Jr. ) |
| Defendant. | ) |

**AGREED JUDGMENT**

Plaintiff, **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor,

having filed her complaint and defendant **PEDRO RAMOS RAMOS,** an Individual, appearing and

hereby admitting to the jurisdiction of this Court over him and over the subject matter of this action

now agrees to the entry of this judgment without contest;

**JUDGMENT IS HEREBY ENTERED** against defendant pursuant to Sections 16(c) and 17

of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. 201 *et seq.*), hereinafter called the

Act, as follows:

**I**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** pursuant to section 17 of

the Act, that the defendant, his agents, servants, employees, and all persons in active concert or

participation with him be, and they hereby are, permanently enjoined and restrained from violating

the provisions of the Act, in any of the following manners:

(a)     Defendant shall not, contrary to sections 6 and 15(a)(2) of the Act, pay any of his

employees, who in any workweek are engaged in commerce or in the production of goods for

commerce or who are employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the Act or who are engaged in domestic service in a household within the meaning of sections 6(f) and 15(a)(2) of the Act, wages at a rate less than $5.15 per hour (or at a rate less than such other applicable minimum rate as may hereinafter be established by amendment to the Act).

(b)     Defendant shall not fail to make, keep and preserve records of his employees and of the wages, hours and other conditions and practices of employment maintained by him as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 CFR Part 516.

(c)     Defendant shall not request, solicit, suggest, or coerce, directly, or indirectly, any employee to return or to offer to return to the defendant or to someone else for the defendant, any money in the form of cash, check, or any other form, for wages previously due or to become due in the future to said employee under the provisions of this judgment or the Act; nor shall defendant accept, or receive from any employee, either directly or indirectly, any money in the form of cash, check, or any other form, for wages heretofore or hereafter paid to said employee under the provisions of this judgment or the Act; nor shall defendant discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any such employee because such employee has received or retained money due to him from the defendant under the provisions of this judgment or the Act.

## II

**FURTHER, JUDGMENT IS HEREBY ENTERED**, pursuant to Section 16(c) of the Act, in favor of the plaintiff and against the defendant as follows:

(a)    Defendant shall pay to the plaintiff the sum of $13,410.60 which represents the unpaid minimum wage hereby found to be due, for the period from January 12, 2004 to September 11, 2004, to the former employee named in Exhibit A, attached hereto and made a part hereof, in the amounts set forth therein.

(b)    Defendant shall further pay to plaintiff as liquidated damages the additional sum of $13,410.60 hereby found to be due, for the period from January 12, 2004 to September 11, 2004, to the former employee named in Exhibit A, attached hereto and made a part hereof, in the amounts set forth therein.

### III

The provisions of Paragraphs II(a) & II(b) of this agreed judgment shall be deemed satisfied when the plaintiff receives a certified check in the gross amount of $26,821.20, which constitutes both the amount of back wages and liquidated damages due, made payable to the "United States Department of Labor, Employment Standards Administration, Wage-Hour Division." This amount shall be paid according to the agreement entered into and approved in the matter of United States v. Fermin Pedro Ramos-Ramos a/k/a Pedro Ramos and Laurie Ramos, Criminal No. 1:07-CR-0008 in the United States District Court, Western District of Michigan. The certified check in the gross amount of $26,821.20 shall be sent to the Office of the Solicitor, United States Department of Labor, 230 S. Dearborn Street, 8th Floor, Chicago, IL  60604.

### IV

Plaintiff will distribute the amounts referred to in Paragraphs II(a) & II(b)  hereof, or the proceeds thereof, to the person named in Exhibit A attached hereto, less applicable deductions, or to their estates, if that be necessary.  Any amounts of unpaid minimum wage or liquidated damages not

so paid within a period of three (3) years from the date of receipt thereof shall, pursuant to section 16(c) of the Act, be covered into the Treasury of the United States as miscellaneous receipts.

FURTHER, it is agreed by the parties herein and hereby **ORDERED** that each party bear its/his own fees and other expenses incurred by such party in connection with any stage of this civil proceeding to date, including, but not limited to, any and all costs referenced under the Equal Access to Justice Act.

All of which is **ORDERED** this 26th day of July, 2007 .

/s/ Hugh W. Brenneman, Jr.
Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

The undersigned represents he has read
and understands the terms and conditions
of this Agreed Judgment. He also represents
he is the individual named below and consents
to the entry of this Agreed Judgment without
contest.

Dated: _7/20/07_

**PEDRO RAMOS RAMOS** an Individual,
Defendant

**PEDRO RAMOS RAMOS**

10612 Baker Road
Greenville, MI 48838-9450

**APPROVED AS TO FORM:**

**CHARLES E. CHAMBERLAIN, JR., ESQ.**

**WILLEY & CHAMBERLAIN**
40 Pearl Street, N.W., Suite 940
Grand Rapids, MI 49503
Telephone No.: (616) 458-2212

Attorneys for Defendant

**JONATHAN L. SNARE**
Acting Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

**EMELDA MEDRANO**
Attorney

Attorneys for **ELAINE L. CHAO**,
Secretary of Labor, United States
Department of Labor, Plaintiff

Office of the Solicitor
United States Department of Labor
230 S. Dearborn Street, 8th Floor
Chicago, IL 60604
Telephone No.: (312) 353-1169

5

## EXHIBIT A

### BACK WAGE AND LIQUIDATED DAMAGE PAYMENTS
### FOR
### SECRETARY OF LABOR v. PEDRO RAMOS RAMOS, an Individual

| EMPLOYEE NAME | GROSS WAGE AMOUNT | LIQUIDATED DAMAGES |
|---|---|---|
| Yolanda Chavez | $13,410.60 | $13,410.60 |

6